**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS POLANCO,<br><br>  Defendant. | Case No. 24-cr-1434-TWR<br><br>**JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Defendant CARLOS POLANCO.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 2/20/25

HON. TODD W. ROBINSON
United States District Judge

FILED FEB 2 0 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __ DEPUTY